1  Michael J. Korda, State Bar No. 88572
   KORDA, JOHNSON & WALL, LLP
2  Sixty-Six E. Santa Clara Street, Suite 250
   San Jose, CA 95113
3  Telephone:    (408) 494-0700
   Facsimile:    (408) 494-0707
4
   Attorneys for Plaintiff
5  Mike Smith

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN JOSE DIVISION

11

12

13
   MIKE SMITH,                    )   CASE NO.: C05 03407 PVT
14            Plaintiff,          )
                                  )
15        v.                      )
                                  )
16                                )   STIPULATION OF DISMISSAL
   HUDSON GLOBAL RESOURCES        )
17 HOLDINGS, INC., and DOES       )
   1-25, Inclusive                )
18                                )
                                  )
19 _____)

20 Pursuant to Federal Rule of Civil Procedure 41(a) (1);

21 IT IS HEREBY STIPULATED between the parties, through their respective counsel of record,

22 that the matter has been resolved, and pursuant to that resolution, that this matter be, and hereby

23 is, DISMISSED WITH PREJUDICE.

24

25                              1

26 _____

DATED:      September 26,2006          KORDA, JOHNSON & WALL LLP

                                        /s/Michael J. Korda
                                       _____
                                       MICHAEL J. KORDA
                                       Attorney for Plaintiff


DATED:      September 26, 2006          LITTLER MENDELSON

                                        /s/ Christopher E. Cobey
                                       _____
                                       CHRISTOPHER E. COBEY
                                       Attorney for Defendant

2